08-23-00031-CV

*Mary Scopas*
224th Judicial District Court Reporter
Serving Bexar County
(210) 335-2057
Mary.Scopas@Bexar.org

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

1/25/2023 3:04:00 PM

ELIZABETH G. FLORES
Clerk

January 9, 2022

Re:  Court of Appeals Cause No. 04-22-00858-CV,
     Lana Lewis v. Victor Huff

To Whom it May Concern:

     I am respectfully requesting 30 days to produce the above-mentioned appellate record.  The extension would be much appreciated.

     Thank you in advance for your courtesies.

                    Very Truly Yours,

     _____
     Mary Scopas, CSR, RPR